IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLES H. TIGNER, IV,

    Plaintiff,

v.                                                                       No. 2:21-cv-02475-MSN-tmp

MEMPHIS POLICE
DEPARTMENT, *et al.*

    Defendants.

---

### ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

---

    Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint, filed October 18, 2022. (ECF No. 57.) After discussing this matter with the parties at the October 28, 2022 Scheduling Conference, the Court held this Motion in abeyance in order to confer with Chief Magistrate Judge Pham regarding the procedural issues as stated on the record in open court. The Court has had an opportunity to do so and, finding that the matter is properly in this Court, **DIRECTS** Defendants to respond to Plaintiff's Motion within 14 days of this Order.

    **IT IS SO ORDERED**, this 21st day of November, 2022.

                                                    *s/ Mark S. Norris*
                                                   MARK S. NORRIS
                                                   UNITED STATES DISTRICT JUDGE